UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61786-CIV-ROSENBAUM/DUBÉ

FLOYD CUNNINGHAM,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Robert L. Dubé filed in this matter on June 15, 2012 [D.E. 22]. No objections to the Report have been filed, and the time for filing such objections has passed. As no timely objections have been filed, Magistrate Judge Dubé's factual findings in the Report and Recommendation are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir.), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Although no objections have been filed, the Court has nonetheless conducted a *de novo* review and is otherwise fully advised in the premises.

After reviewing the Report and the case file, this Court agrees with the reasoning and analysis of Magistrate Judge Dubé that the administrative law judge shall determine the weight to be accorded to the opinions contained in the medical record, including those of the examining physicians, Drs. Besner and Nazario, and discuss them in the decision.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Dubé's Report and Recommendation [D.E. 22] is **ADOPTED**.

2. Plaintiff's Motion for summary Judgment [D.E. 18] is **GRANTED IN PART**.

3. Defendant's Motion for Summary Judgment [D.E. 19] is **DENIED**.

4. In accordance with Rule 58, Fed. R. Civ. P., a separate judgment will be entered.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 12th day of July 2012.

*[signature]*
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc: The Honorable Robert L. Dubé
Counsel of Record