UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61786-CIV-ROSENBAUM/DUBÉ

FLOYD CUNNINGHAM,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on the Amended Application for Attorney Fees Pursuant to the Equal Access to Justice Act filed by the Plaintiff (D.E. #42) pursuant to an Order of Reference entered by the Honorable Robin S. Rosenbaum, United States District Judge. This Court has reviewed the application and the file in this cause.

On July 12, 2012, an Order Adopting Report and Recommendation, and Final Judgment were entered by Judge Robin S. Rosenbaum reversing and remanding this cause for further proceedings. (D.E. #24, #25).

The present motion for attorney's fees seeks an award of fees pursuant to the Equal Access to Justice Act (hereinafter "EAJA"). The motion indicates that 14.85 hours were spent on this case, at the rate of $178.53 per hour, for a total fee recovery sought of $2,651.17. To date, no response to the application has been filed by the Government and the time provided by the rules has passed.

This Court finds that the amount for attorney's fees is reasonable and that the Plaintiff should be awarded the sum of $2,651.17 for attorney's fees. Accordingly, it is the recommendation of this

Court that the Amended Application for Attorney Fees Pursuant to the Equal Access to Justice Act filed by the Plaintiff (D.E. #42) be **GRANTED** and that the Plaintiff should be entitled to recover for **14.85** hours of work performed in this case at the rate of $178.53 per hour, resulting in a total recovery of **$2,651.17** as attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. The attorney's fees shall be subject to offset to satisfy any preexisting debt that the Plaintiff owes to the United States, for which let execution issue. Astrue v. Ratliff, 130 S.Ct. 2521 (2010). The attorney's fees will be paid directly to the Plaintiff and sent to the business address of the Plaintiff's counsel.

Pursuant to Local Magistrate Rule 4(b), the parties have fourteen (14) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable Robin S. Rosenbaum, United States District Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); R.T.C. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND ORDERED** this __9__ day of January, 2013.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE